IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRYSTAL STINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-810-M-BN |
| | § | |
| KEVIN MCGINNIS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore GRANTS IN PART AND DENIES IN PART the motion to amend [Dkt. No. 49] to the extent that the Court will allow Plaintiff Crystal Stinson to proceed on the proposed claims in the second amended complaint except as to Defendant Kevin McGinnis, DISMISSES WITH PREJUDICE the claims against McGinnis, and DIRECTS Stinson to submit a conforming proposed second amended complaint within 21 days of this order.

SO ORDERED this 28th day of May, 2025.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE